```
          Francisco Irizarry-Mendoza
            Fed. Reg. No.: 17949-069
       Federal Correctional Institution-Loretto
            P.O.Box 1000  RR 276
              Loretto, PA 15940
```

March 9, 2005

US District Court
Office of the Clerk
Federal Office Building., Room 150
150 Carlos Chardon Avenue
Hato Rey, Puerto Rico 00918-1767

Re: US vs. Francisco Irizarry-Mendoza
    Case No.: 99-185 ~~ccc~~ *(HL)*

Dear Clerk:

Reference is made to the above styled case number in which I am the defendant.

I respectfully request from this court for the status in this refenced matter.

I really appreciate your help in regards to this matter.

Sincerely,

*F.C.O. Irizarry Mendoza*
Francisco Irizarry-Mendoza

Copy: File