FD-597 (Rev. 3-20-98)

**UNITED STATES DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF INVESTIGATION**
Receipt for Property Received/Returned/Released/Seized

Page 1 of 1

On (date) 6/29/99

Time: 8:00 am

item(s) listed below were:
- [ ] Received From
- [x] Returned To (N/A)
- [ ] Released To
- [ ] Seized

(Name) Ana M. Davila Marquez
(Street Address) Calle 1 H-12 Urb. Galateo
(City) Rio Grande PR 00745
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 (SSAN)   4160342 (lic)   6/8/75 (dob)

Description of item(s):

Items Returned to Davila-Marquez:
① $7.00 (located @ Family Room center table)
② $21.58 (located at Davila's wallet)
③ $1,000 (found at Francisco Irizarry's wallet)

Recibido
Ana M. Davi[la]

Items Seized:
① Papers and negatives from entertainment center.
② Portable file w/papers      "      "      "
③ 4 video tapes
④ Papers/Address books f.m. bedroom
⑤ Photo album
⑥ Travel voucher, address books & negatives.
⑦ Wallet w/ papers and identifications.
⑧ Cellphones Ericson
⑨ Centennial cellphone
⑩ black lab do wallet w/papers and voting card.
⑪ Beepers
⑫ Affidavit @ Room D drawer under TV.

Received by: Ana M. Davila (Signature)
Received from: _____ (Signature) FBI San Juan PR