FD-597 (Rev 3-11-94)     **EXHIBIT B**     Page ____ of ____

# UNITED STATES DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 166E-SJ-35388

On (date) December 2, 2003

item(s) listed below were:
- [ ] Received From
- [x] Returned To
- [ ] Released To
- [ ] Seized

(Name) Karlota Jorge

(Street Address) Mercantil Plaza Bldg Suite 1113

(City) Ponce De Leon Avenue, San Juan PR 00918

Description of Item(s):
- ITEM 1 - PAPERS/NEGATIVES
- ITEM 4 - PAPERS AND BUSINESS CARDS, ADDRESS BOOK
- ITEM 6 - TRAVEL VOUCHERS, ADDRESS BOOK BLACK IN COLOR, NEGATIVES
- ITEM 7 - WALLET
- ITEM 8 - CELL PHONE
- ITEM 9 - CELL PHONE #634-7153 ERICKSON LSR
- ITEM 10 - BLACK LAVEDA WALLET
- ITEM 11 - BEEPER
- ITEM 12 - PAPER, DECLARACION JURADA

LAST ITEM

Received By: _____ (Signature)    Received From: _____ (Signature)