```
            Francisco Irizarry-Mendoza
              Fed. Reg. No.: 17949-069
        Federal Correctional Institution-Loretto
                    P.O.Box 1000
                  Loretto, PA 15940
```

February 24, 2006



US District Court for the
District of Puerto Rico
Office of the Clerk
Federal Bldg
150 Carlos Chardon, Room 150
Hato Rey, PR 00918-1769

    RE:  US v. Francisco Irizarry-Mendoza
         Case No.: Cr-99-185 (HL)

Dear Clerk:

    Reference is made to the above case number in which I am the Petitioner.

    On August 12, 2005, I filed a motion pursuant to Fed. R. Crim. Pro. Rule 41(e), a Motion for Return of Property. Copy was served to Mr. Daniel Vaccaro, AUSA.

    I respectfully request information about the status of this motion.

    Thanking you in advance for your cooperation.

                                Sincerely,

                                Francisco Irizarri-Mendoza

CC: File