Francisco Irizarri-Mendoza 27949-069
F.C.I.,Loretto
P.O. Box 1000
Loretto,Pa. 15940

September 25,2007

United States Attorneys Office
Federal Office Building  Room 452
150 Carlos Chardon Avenue
Hato Rey, Puerto Rico 00918
Attn. AUSA Daniel Vaccaro

Re: United States v. Morales-Rivera,et el,Case No. 3:99-cr-185

Dear Mr. Vaccaro,

   As you are aware, Judge Laffitte issued an Order on March 9,2006 directing the government to return my property to me. (copy enclosed).

   Enclosed as Exhibit A is a copy of the list of items seized, dated June 29,1999 . Also enclosed is a copy of the property originally returned, dated December 2,2003.

   As a result items number 1,2,3, and 5 from the 6/29/99 Receipt of Property have to date, not been returned to me, as ordered by the Court.

   If arrangements are not made within 30 days to return my property as Ordered by the Court, I shall have no alternative other than to return to the Court seeking additional and specific relief.

   Thank you.


*[signature]*
Francisco Irizarri-Mendoza


c.c. Judge Hector M. Laffitte

```
MIME-Version:1.0
From:prd_docketing@prd.uscourts.gov
To:prd_docketing@prd.uscourts.gov
Bcc:PRD_HL@prd.uscourts.gov,edwin.vazquez@usdoj.gov,linda.ri
Message-Id:<793278@prd.uscourts.gov>
Subject:Activity in Case 3:99-cr-00185-HL USA v. Morales-Riv
```

Content-Type: text/html

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

# United States District Court

# District of Puerto Rico

Notice of Electronic Filing

The following transaction was received from gr, entered on 3/9/2006 at 10:24 AM AST and filed on 3/9/2006

**Case Name:**     USA v. Morales-Rivera, et al
**Case Number:**    3:99-cr-185
**Filer:**
**Document Number:** 441

**Docket Text:**
ORDER as to Francisco Irizarry-Mendoza re letter [440] MOTION Requesting Status of [437] MOTION for Return of Property/PostTrial: On August 25, 2005, the Court entered an Order (Docket No. 438) for the government to respond to defendant's post-trial Motion for Return of Property (Docket No. 437). Because the government has disregarded the Court's Order, defendant's Motion for Return of Property/PostTrial (Docket No. 437) is GRANTED and the governnment is ordered to return the seized property. Signed by Judge Hector M. Laffitte on 3/9/06. (gr)

The following document(s) are associated with this transaction: