**UNITED STATES DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF INVESTIGATION**
Receipt for Property Received/Returned/Released/Seized

Page 1 of 1

On (date) 6/29/99

Time: 8:00 am

item(s) listed below were:
☐ Received From
N/☒ Returned To
☐ Released To
☐ Seized

(Name) Ana M. Davila Marquez
(Street Address) Calle 1 #-12 Urb. Galateo
(City) Rio Grande PR 00745
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 (SSAN)   4160342 (lic)   6/8/75 (dob)

Description of Item(s):

Items Returned to Dávila-Marquez:
① $7.00 (located @ Family Room center table)
② $21.58 (located at Dávila's wallet)
③ $1,000 (found at Francisco Lizarry's wallet)

Recibido
Ana M. Dávila

Items Seized:
① Papers and Negatives from entertainment center.
② Portable file w/papers    "    "    "
③ 4 video Tapes
④ Papers/Address books fm. bedroom
⑤ Photo album
⑥ Travel Voucher, address books & negatives.
⑦ Wallet w/ papers and Identifications.
⑧ Cellphones Ericson
⑨ Centennial cellph.
⑩ block labdo wallet w/ papers and Voting Card.
⑪ Beeper

Primer Documento

⑫ Affidavit @ Room D drawer under TV.   ERL
                                          IAD.

Cash
Received by: Ana M. Dávila (Signature)
Items Seized from

Received from: _____ FBI San Juan PR (Signature)

FD-597 (Rev 8-11-94)                                                                                     Page 1

# UNITED STATES DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 166E-SJ-35388

On (date) December 2, 2003

item(s) listed below were:
- ☐ Received From
- ☒ Returned To
- ☐ Released To
- ☐ Seized

*Articulos que entregaron.*

(Name) YARITZA JORGE
(Street Address) MERCANTIL PLAZA BLDG SUITE 1113
(City) PONCE DE LEON AVENUE
SAN JUAN PR 00918

Description of Item(s):
- ITEM 1 - PAPERS/NEGATIVES
- ITEM 4 - PAPERS AND BUSINESS CARDS, ADDRESS BOOK
- ITEM 6 - TRAVEL VOUCHERS, ADDRESS BOOK BLACK IN COLOR, NEGATIVES
- ITEM 7 - WALLET
- ITEM 8 - CELL PHONE
- ITEM 9 - CELL PHONE # 634-7153 ERICKSON LSB
- ITEM 10 - BLACK LAVEDA WALLET
- ITEM 11 - BEEPER
- ITEM 12 - PAPER, DECLARACION JURADA

*LAST ITEM*

Received By: _(Signature)_        Received From: _(Signature)_