FRANCISCO IRIZARRI-MENDOZA
FED. REG. NO.: 17144-069
FEDERAL CORRECTIONAL INSTITUTION-LORETTO
LORETTO, PA 15940
P.O. Box 1000

JOHNSTOWN PA
27 SEP 2007 PM

Attn. Judge Hector M. Laffitte

United States District Court
for the District of Puerto Rico
Room 150 Federal Building
San Juan, Puerto Rico 00918