# FEDERAL BUREAU OF INVESTIGATION
## Receipt for Property Received/Returned/Released/Seized

Page ___/___ /___

On (date) 6 | 29 | 99

item(s) listed below were:
- ☐ Received From
- ☒ Returned To
- ☐ Released To
- ☐ Seized

N/C

Time: 8:00 am

(Name) Ana M. Davila Marquez

(Street Address) Calle 1 H-12 Urb Galateo

(City) Rio Grande PR 00745

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 (SSAN) 4160342 (lic) 6/8/75 (dob)

**Description of Item(s):**

Items Returned to Davila-Marquez:

Recibido

① $7.00 (located @ Family Room center table)
② $21.58 (located at Davila's wallet)
③ $1,000 (found at Francisco Lizarry's wallet)

} Ana M. Davila

Items Seized:

● ① Papers and Negatives from entertainment center.
● ② Portable file w/papers
● ③ 4 video Tapes
④ Papers / Address books fm bedroom
● ⑤ Photo album
⑥ Travel Voucher, address books & negatives.
⑦ Wallet w/ papers and Identifications.
⑧ Cell phones Ericson
⑨ Centennial cellphone
⑩ black labdo wallet w/papers and Voting Card.
⑪ Beeper
⑫ Affidavit @ Room D drawer under TV. IAD

Primer Documento

Exhibit A

Cash
**Received by:** Ana M. Davila
(Signature)

5 Items Seized Item

FBI San Juan
**Received from:** [signature] / FBI San Juan PR
(Signature)