FD-597 (Rev 8-11-94)

## UNITED STATES DEPARTMENT OF JUSTICE
### FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # 166E-SJ-35388

On (date) December 2, 2003

~~Articulos que entregaron.~~

item(s) listed below were:
- ☐ Received From
- ☒ Returned To
- ☐ Released To
- ☐ Seized

(Name) VARELA JORGE
(Street Address) MERCANTIL PLAZA BLDG SUITE 1113
(City) PONCE DE LEON AVENUE
SAN JUAN PR 00918

Description of Item(s):
- ITEM 1 - PAPERS/NEGATIVES
- ITEM 4 - PAPERS AND BUSINESS CARDS, ADDRESS BOOK
- ITEM 6 - TRAVEL VOUCHERS, ADDRESS BOOK BLACK IN COLOR, NEGATIVES
- ITEM 7 - WALLET
- ITEM 8 - CELL PHONE
- ITEM 9 - CELL PHONE # 634-7153 ERICKSON LSR
- ITEM 10 - BLACK LAVEDA WALLET
- ITEM 11 - BEEPER
- ITEM 12 - PAPER, DECLARACION JURADA

LAST ITEM

Exhibit B

Received By: (Signature)
Received From: (Signature)