UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # 166E-SJ-35388

On (date) 09/25/02

item(s) listed below were:
☐ Received From
☐ Returned To
☒ Released To
☐ Seized

(Name) FRANCES RIVAS, PUBLIC DEFENDER'S OFFICE
(Street Address) Ave. Roosevelt # 259
(City) Hato Rey, PR

Description of Item(s): - ITEM 3, 4 VIDEO TAPES
- ITEM 5 PHOTO ALBUM

LAST ITEM

Exhibit C

Received By: _Frances Rivas Rodriguez_ (Signature)    Received From: _____ (Signature)