UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # 186E-SJ-35388

On (date) 10/21/2002

item(s) listed below were:
☐ Received From
☒ Returned To
☐ Released To
☐ Seized

(Name) FRANCES RIVAS
(Street Address) PUBLIC DEFENDER'S OFFICE
(City) _____

Description of Item(s): ITEM 2 - PORTABLE FILE CASE

LAST ITEM

Exhibit D

Received By: _____ (Signature)    Received From: _____ (Signature)

TOTAL P.03