FRANCISCO IRIZARRY MENDOZA
Reg. NO:17949-069
F.C.I. Loretto
P.O. Box 1000
Loretto, PA    15940

March 3, 2008

Ms. France Rivas, Esq.
Attorney at Law
241 F.D. Roosevelt Ave.
San Juan, Puerto Rico  00918-2305

Re: U.S. v. Irizarry-Mendoza
99-185(HL)

Dear Ms. Rivas:

     The purpose of this correspondence is to kindly ask for you
assistance in obtaining certain items that were returned to you by  the
Assistance U.S. Attorney Office for the district of Puerto Rico.    As
you know, on December 23, 2003, a series of items listed in the
"receipt for property returned" were returned and delivered to you by
the A.U.S.A. Officer, including Exhibit C and Exhibit D.    Those items
were returned to you as authorized representative.
     Through this correspondence, I am in need to kindly ask for your
assistance in obtaining the mentioned Exhibits returned to you by the
A.U.S.A Office, those items were returned to your office, but you have
failed to deliver  them to me.


     As I am very interested in recovering these items, or in learning
about the location of these items, I'll be waiting for your promptly
response to this  letter.    Thank you in advance.



                              Sincerely

                              Francisco Irizarry-M



CC:
    Ms. Rivas, Esq.
    Clerk, USDCDPR
    file