From: Francisco Irizarry-Mendoza
Reg. No:17949-069
Federal Correctional Institution
P.O. Box 1000
Loretto, PA   15940

TO:
   Clerk's Office
   United States District Court
   For The District Of Puerto Rico
   Room 150  Federal Bldg
   350 Carlos Chardon Ave.
   San Juan, Puerto Rico  00918-1767